UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DIANE CAROL LIGHT,

Debtor.

Bankruptcy Case No. 24-17374 MER

Chapter 13

**ORDER ALLOWING AND APPROVING FEES AND
EXPENSES FOR LONG FORM FEE APPLICATION**

**Berken Cloyes**, as attorney for the debtor, is allowed a fee for services herein of $6,500.00 and reimbursement of out-of-pocket expenses of $150.00. Counsel received $500.00 prepetition. The remaining balance, $6,150.00, is payable out of plan payments.

DATED this 26th of August, 2025.

BY THE COURT:

THE HONORABLE MICHAEL E. ROMERO
U.S. Bankruptcy Judge